BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cv-00820 OWW-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| ) | |
| v. ) | |
| ) | |
| TIMBERLINE ENVIRONMENTAL ) SERVICES, TERRY NORTHCUTT AND) JILL NORTHCUTT, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Plaintiff United States of America ("United States"), and Defendants Timberline Environmental Services, Terry Northcutt and Jill Northcutt ("Defendants") respectfully submit this stipulation regarding the case schedule.

The reason for the requested continuance is the parties need more time to locate, serve and depose representatives of Sierra Pacific Industries. Sierra Pacific Industries ("SPI") owns property near the site of the fire at issue in this case, and SPI's representatives, including Tom Modrell and Mike

1

1 Vroman, may have information concerning a prior fire on SPI
2 property that Defendants contend may be causally related to the
3 fire at issue.  Accordingly, the parties jointly request that
4 the case schedule be modified as follows:

|  | Old Dates | New Dates |
|---|---|---|
| Discovery deadline: | 2/10/10 | 4/9/10 |
| Expert disclosure: | 3/10/10 | 4/23/10 |
| Expert discovery: | 5/10/10 | 6/11/10 |
| Non-Dispositive motion filing deadline: | 5/25/10 | 6/11/10 |

The Settlement Conference of August 19, 2010, the Pre-trial Conference of August 30, 2010 and the Trial date of October 5, 2010, will remain the same.

Respectfully submitted,

Dated: February 3, 2010        BENJAMIN B. WAGNER
                               United States Attorney

                       By:  /s/ Glen F. Dorgan
                            GLEN F. DORGAN


Dated: February 3, 2010        LAW OFFICES OF
                               NISSON, PINCIN & HILL

                               /s/ Timothy Nisson
                               TIMOTHY NISSON
                               Attorneys for Defendants




IT IS SO ORDERED.

**Dated:   February 8, 2010**          /s/ Oliver W. Wanger
                               UNITED STATES DISTRICT JUDGE