1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4080
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff, UNITED STATES OF AMERICA

7

8

9            IN THE UNITED STATES DISTRICT COURT FOR THE

10                 EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,     )     Case No.: 1:09-cv-0820 OWW-GSA
12                               )
                                 )     **STIPULATION AND PROPOSED ORDER
13            Plaintiff,         )     REGARDING CASE SCHEDULE**
                                 )
14     v.                        )
                                 )
15  TIMBERLINE ENVIRONMENTAL     )
    SERVICES, TERRY NORTHCUTT AND)
16  JILL NORTHCUTT,              )
                                 )
17                               )
              Defendants.        )
18                               )
   _____)
19

20       Plaintiff United States of America ("United States"), and

21  Defendants Timberline Environmental Services, Terry Northcutt

22  and Jill Northcutt ("Defendants") respectfully submit this

23  stipulation regarding the case schedule.

24       The reason for the requested continuance is the parties

25  have scheduled a mediation with Retired Judge Raul Ramirez for

26  May 11, 2010. Accordingly, the parties jointly request that the

27  case schedule be modified as follows:

28

_____
**STIPULATION AND ORDER REGARDING CASE SCHEDULE**

|                                      | Old Dates | New Dates |
|--------------------------------------|-----------|-----------|
| Expert disclosure:                   | 4/23/10   | 6/11/10   |
| Supplemental Expert disclosure:      | 4/9/10    | 6/25/10   |
| Expert discovery:                    | 6/11/10   | 7/16/10   |
| Non-Dispositive motion filing deadline: | 6/11/10 | 7/16/10   |

The Settlement Conference of August 19, 2010, the Pre-trial Conference of August 30, 2010 and the Trial date of October 5, 2010, will remain the same.

Respectfully submitted,

BENJAMIN B. WAGNER
Dated: April 9, 2010       United States Attorney


                     By:  /s/ Glen F. Dorgan
                          GLEN F. DORGAN


Dated: April 7, 2010       LAW OFFICES OF
                           NISSON, PINCIN & HILL


                           /s/ Timothy Nisson
                           TIMOTHY NISSON
                           Attorneys for Defendants

2

_____
**STIPULATION AND ORDER REGARDING CASE SCHEDULE**

1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN
   Assistant United States Attorney
3  United States Courthouse, Suite 4401
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )    CASE NO: 1:09-cv-0820 OWW GSA
                                  )
12                                )
            Plaintiff,            )    ORDER REGARDING
13                                )    CASE SCHEDULE
     v.                           )
14                                )
   TIMBERLINE ENVIRONMENTAL       )
15 SERVICES, TERRY NORTHCUTT AND  )
   JILL NORTHCUTT,                )
16                                )
                                  )
17          Defendants.           )
                                  )
18 _____  )

19      Based  upon the stipulation of the parties, and good cause

20 appearing therefore, IT IS HEREBY ORDERED that the case schedule

21 is modified as follows:

22                                     Old Dates      New Dates

23 Expert disclosure:                  4/23/10        6/11/10

24 Supplemental Expert disclosure:     4/9/10         6/25/10

25 Expert discovery:                   6/11/10        7/16/10

26 Non-Dispositive motion
   filing deadline:                    6/11/10        7/16/10
27

28

                                    3
   _____
                STIPULATION AND ORDER REGARDING CASE SCHEDULE

1     The Settlement Conference of August 19, 2010, the Pre-trial

2 Conference of August 30, 2010, and the Trial date of October 5,

3 2010, will remain the same.

4

5                                 IT IS SO ORDERED.

6 **Dated:   April 13, 2010**                **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28