BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cv-0820 OWW-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| ) | |
| v. ) | |
| ) | |
| TIMBERLINE ENVIRONMENTAL ) SERVICES, TERRY NORTHCUTT AND) JILL NORTHCUTT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

  Plaintiff United States of America ("United States"), and Defendants Timberline Environmental Services, Terry Northcutt and Jill Northcutt ("Defendants") respectfully submit this stipulation regarding the case schedule.

  The reason for the requested continuance is as follows:

  1.  The defendants were prepared to designate an expert on issues including standard of care, but their expert suffered a serious leg injury shortly before the designation deadline that required hospitalization and has rendered him unavailable.  The

1  defendants have retained a substitute expert witness who is in
2  the process of completing his evaluation and report; and
3      2.   Upon receipt of the expert report from Defendants on
4  the issue of the standard of care, Plaintiff intends to retain
5  and designate a rebuttal expert.  Because the parties have
6  conferred informally regarding the anticipated scope of expert
7  testimony on the standard of care, Plaintiff has already started
8  the process of retaining a rebuttal witness.  However,
9  Plaintiff's witness will be unavailable until after the July 4
10 holiday to begin his evaluation.
11     Accordingly, the parties jointly request that the case
12 schedule be modified as follows:

|  | Old Dates | New Dates |
|---|---|---|
| Supplemental Expert disclosure: | 6/25/10 | 7/23/10 |
| Expert discovery: | 7/16/10 | 8/20/10 |

16     The Non-Dispositive motion filing deadline of July 16,
17 2010, Settlement Conference of August 19, 2010, the Pre-trial
18 Conference of August 30, 2010, and the Trial date of October 5,
19 2010, will remain the same.

                              Respectfully submitted,

Dated: June 24, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/Glen F. Dorgan
                              GLEN F. DORGAN


Dated: June 24, 2010          LAW OFFICES OF
                              NISSON, PINCIN & HILL

                              /s/ Timothy Nisson
                              TIMOTHY NISSON
                              Attorneys for Defendants

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN
   Assistant United States Attorney
3  United States Courthouse, Suite 4401
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for the Plaintiff
7  United States of America

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,    )   CASE NO: 1:09-cv-0820 OWW-SKO
                                )
13                              )
          Plaintiff,            )   ORDER REGARDING
14                              )   CASE SCHEDULE
     v.                         )
15                              )
   TIMBERLINE ENVIRONMENTAL     )
16 SERVICES, TERRY NORTHCUTT AND)
   JILL NORTHCUTT,              )
17                              )
                                )
18        Defendants.           )
                                )
19 _____)

20
        Based upon the stipulation of the parties, and good cause
21
   appearing therefore, IT IS HEREBY ORDERED that the case schedule
22
   is modified as follows:
23
                                    Old Dates     New Dates
24
   Supplemental Expert disclosure:  6/25/10       7/23/10
25
   Expert discovery:                7/16/10       8/20/10
26

27    The Non-Dispositive Motion Filing Deadline, Settlement

28 Conference of August 19, 2010, the Pre-trial Conference of
```

3

_____
**STIPULATION AND ORDER REGARDING CASE SCHEDULE**

1  August 30, 2010, and the Trial date of October 5, 2010, will
2  remain the same.

IT IS SO ORDERED.

**Dated:   June 25, 2010**              /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE