BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>TIMBERLINE ENVIRONMENTAL SERVICES, TERRY NORTHCUTT AND JILL NORTHCUTT,<br><br>  Defendants. | Case No.: 1:09-cv-0820 OWW-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE CLOSING DOCUMENTS** |

    Plaintiff, United States of America, and Defendants, Timberline Environmental Services, Terry Northcutt and Jill Northcutt, respectfully request an extension of time to October 29, 2010, to file appropriate papers to dismiss this action in its entirety.  The parties have drafted and are circulating an agreement to fully and finally settle all claims in this action but have not yet obtained all of the necessary signatures.  The parties therefore request that the Court grant the requested extension of time to fully conclude this matter.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

Dated: September 30, 2010

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Glen F. Dorgan
GLEN F. DORGAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: September 30, 2010.

NISSON, PINCIN & HILL
[As authorized 09/30/10]

By:    /s/ Timothy Nisson
TIMOTHY NISSON
Attorneys for Defendants

IT IS SO ORDERED.

**Dated:    September 30, 2010**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE