BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:09-cv-0820 OWW-SKO |
| | ) | |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER FOR FURTHER EXTENSION** |
| | ) | **OF TIME TO FILE CLOSING** |
| v. | ) | **DOCUMENTS** |
| | ) | |
| | ) | |
| TIMBERLINE ENVIRONMENTAL | ) | |
| SERVICES, TERRY NORTHCUTT AND | ) | |
| JILL NORTHCUTT, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff, United States of America, and Defendants, Timberline Environmental

Services, Terry Northcutt and Jill Northcutt, respectfully request a further extension of time to

November 12, 2010, to file appropriate papers to dismiss this action in its entirety for the

reasons stated below:

1.      At the time of our last request for an extension, our principal concern was to get

more time to allow for signatures to the agreement.  At that time, there was a tax issue that arose

that we anticipated could be resolved quickly.

1    2.    After the extension was granted, we realized that the tax issue was much more

2 complex, and it took longer than expected for the parties to address the issue and revise the

3 settlement agreement to remove ambiguities regarding the tax issue.

4    3.    The agreement is now in final form, and the parties anticipate that it will be

5 signed by all parties within the week.  But, once it is signed, the Defendants' insurer still

6 requires two weeks to issue and deliver the settlement check.

7    Therefore, a further extension through November 12, 2010, is requested  to file the

8 dismissal.

9

10                                                  Respectfully submitted,

                                                    BENJAMIN B. WAGNER
11 Dated: October 27, 2010                          United States Attorney

12
                                          By      /s/ Glen F. Dorgan
13                                                GLEN F. DORGAN
                                                  Attorney for Plaintiff
14                                                UNITED STATES OF AMERICA

15 Dated: October 27, 2010.                        NISSON, PINCIN & HILL

16

17
                                          By:     /s/ Timothy Nisson
18                                                TIMOTHY NISSON
                                                  Attorneys for Defendants
19

20

21

22
IT IS SO ORDERED.
23
**Dated:    October 28, 2010**              _____/s/ Oliver W. Wanger_____
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME
TO FILE CLOSING DOCUMENTS