BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,               )<br>                                    )<br>   v.                               )<br>                                    )<br> TIMBERLINE ENVIRONMENTAL          )<br> SERVICES, TERRY NORTHCUTT AND     )<br> JILL NORTHCUTT,                    )<br>                                    )<br>           Defendants.              )<br>                                    )<br>_____ ) | Case No.: 1:09-cv-0820 OWW-SKO<br><br>STIPULATION OF DISMISSAL<br>AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
Dated: November 12 , 2010     United States Attorney


                      By:     /s/ Glen F. Dorgan
                              GLEN F. DORGAN
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA

1

_____
**STIPULATION OF DISMISSAL AND ORDER**

| | | |
|---|---|---|
| 1 | Dated: November 12, 2010 | NISSON, PINCIN & HILL |
| 2 | | |
| 3 | By: | /s/ Larry Hill on behalf of Timothy Nisson |
| 4 | | TIMOTHY NISSON<br>Attorney for Defendants |
| 5 | | TIMBERLINE ENVIRONMENTAL<br>SERVICES, TERRY NORTHCUTT<br>AND JILL NORTHCUTT |

IT IS SO ORDERED.

**Dated:   November 15, 2010**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

2

_____
**STIPULATION OF DISMISSAL AND ORDER**